RECEIVED

JAN 15 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-60041 |
| VERSUS | JUDGE DOHERTY |
| RODNEY WAYNE MANTIA | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.[1] Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the indictment be DISMISSED for violation of the ex post facto clause of the United States Constitution.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15 day of January, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] This Court merely notes however, it is not as convinced as is the Magistrate Judge that leaving to the Attorney General "the authority to determine the retroactive applicability of the registration regulations does not violate the non-delegation doctrine," particularly here, where application of SORNA to the defendant violates the ex post facto clause. [Rec. Doc. 26 at 12] However, as this Court agrees the application violates the ex post facto clause of the U.S. Constitution, this Court need not address that issue.